UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-89-BO

| | |
|---|---|
| RODNEY MCKENZIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

This matter is before the Court on Defendant's Consent Motion for Remand. Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon remand, further consideration will be given to whether the plaintiff's medically determinable impairments meet Listing 11.02 at step three of the sequential evaluation process.

SO ORDERED this _18_ day of _March_, 2015.

TERRENCE W. BOYLE
United States District Judge