UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RODNEY MCKENZIE,           )
                           )
                           )
      Plaintiff,           )
                           )           **JUDGMENT**
v.                         )
                           )           No. 7:14-CV-89-BO
CAROLYN W. COLVIN,         )
*Acting Commissioner of Social Security,*  )
                           )
      Defendant.           )

**Decision by Court.**

**This action came before District Judge Terrence W. Boyle for consideration on the consent motion to remand.**

**IT IS ORDERED, ADJUDGED AND DECREED that for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.**

This Judgment Filed and Entered on March 19, 2015 with service on:
H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK

/s/ Linda Downing
(By): Linda Downing, Deputy Clerk