UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-89-BO

| | |
|---|---|
| RODNEY MCKENZIE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY, | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of an Order for attorney's fees under the Equal Access to Justice Act, and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,784.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to plaintiff the sum of $4,784.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED this 2 day of June, 2015.

TERRENCE W. BOYLE
United States District Judge